United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.                                                                          NO. 3:19-cr-215-J-39PDB

**JEREMIAH BEZROUKOFF
& DAVID FUNES**

## Clerk's Minutes

| **Proceeding** | Initial Appearance, Waiver-of-Indictment, and Plea Hearings |
|---|---|
| **Date** | December 13, 2019 |
| **Time** | 9:00–10:07 a.m. |
| **Judge** | Patricia Barksdale, United States Magistrate Judge |
| **Courtroom Deputy** | Angela Loeschen, Courtroom Deputy |
| **Counsel for United States** | Julie Hackenberry, Assistant United States Attorney |
| **Counsel for Defendant** | Don Mairs, Esquire (Mr. Bezroukoff) <br> David Makofka, Esquire (Mr. Funes) |
| **Pretrial Services Officer** | James Haskett, United States Pretrial Services Officer |
| **Digital/Reporter** | Digital |
| **Filed in Open Court** | Waiver of Indictment, Notice Regarding Entry of a Guilty Plea, Plea Agreement |

Messrs. Bezroukoff and Funes were present to address an information out of Jacksonville, Florida.

Ms. Loeschen placed Messrs. Bezroukoff and Funes under oath.

Judge Barksdale asked Messrs. Bezroukoff and Funes questions to assess competency.

Judge Barksdale asked Messrs. Funes and Makofka questions about Mr. Funes's waiver of his right to have a district judge hear his plea directly. Judge Barksdale found he voluntarily, knowingly, and intelligently waived that right and accepted for filing a written waiver.

Judge Barksdale asked Messrs. Bezroukoff and Mairs questions about Mr. Bezroukoff's waiver of his right to have a district judge hear his plea directly. Judge Barksdale found he voluntarily, knowingly, and intelligently waived that right and accepted for filing a written waiver.

Judge Barksdale advised Messrs. Bezroukoff and Funes of their rights, the charges, and the possible penalties.

Judge Barksdale advised Messrs. Bezroukoff and Funes that although they are proceeding by information, they have a right to be charged by indictment returned by a grand jury. Judge Barksdale questioned each of them and found they voluntarily, knowingly, and intelligently waived that right. Along with their respective counsel, they re-executed written waivers and filed them in open Court.

Mr. Funes entered pleas of guilty to counts one, three, and five of the information.

Mr. Bezroukoff entered pleas of guilty to counts one, two, and four of the information.

Following a Federal Rule of Criminal Procedure 11 colloquy, Judge Barksdale found Messrs. Bezroukoff and Funes were both alert and that they voluntarily, knowingly, and intelligently entered their guilty pleas.

Judge Barksdale will issue report and recommendations. The parties waived the 14-day period to object to it.

The Honorable Brian Davis will review the report and recommendations, and, if adopted, will schedule a sentencing hearings.

Ms. Hackenberry did not oppose Messrs. Bezroukoff's and Funes's release on $10,000 unsecured appearance bonds and standard release conditions. Defense counsel did not object to the requested conditions.

Judge Barksdale ordered Messrs. Bezroukoff and Funes released on $10,000 unsecured appearance bonds and imposed standard conditions. Written orders will follow.