UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO: 3:19-cr-215-J-39PDB

DAVID FUNES ,
_____/

**FIRST UNOPPOSED MOTION TO CONTINUE SENTENCING**

The Defendant, DAVID FUNES, by and through his undersigned counsel, pursuant to Rule 12(b) of the Federal Rules of Criminal Procedure, respectfully moves this Honorable Court for a second continuance of the sentencing in this matter, and as grounds therefore would show:

1. The Defendant is presently awaiting sentencing on conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1349, receipt of health care kickbacks, in violation of 42 U.S. C. § 1320 a-7b(b)(1)(A), and illegal monetary transactions, in violation 18 U.S.C. § 1957.

2. The sentencing in this case is set for Monday, March 16, 2020, at 9:30 a.m.

3. The Defendant is in need of a continuance of the sentencing in this case in that he is continuing to pursue matters which may result in the filing of a substantial assistance motion by the government and is need of additional time to

complete the same.

4. The Defendant asserts that the Court would be in a better position to assess the nature and extent of his cooperation in approximately 90-120 days, provided the government chooses to file such a motion. Specifically, the Defendant requests that his sentencing be continued to a date to coincide with the sentencing hearing/s, if any, in the related case of United States v. Balotin et al., (Case No.: 3:19-cr-191J-34JTB).

5. The Defendant's instant request is not made for any dilatory purpose.

6. The undersigned has conferred orally with AUSA Julie Hackenberry Esq., who indicates no opposition to a continuance of the sentencing in this case, for the reasons expressed above.

7. The Defendant is currently on pretrial release and is compliant with the conditions thereof.

## MEMORANDUM OF LAW

The Court may continue this matter beyond the speedy trial period pursuant to 18 U.S.C. § 3161, if "the ends of justice served by taking such action outweigh the best interest of the public... in a speedy trial". The Defendant submits that accordingly, the matter is within the sound discretion of this Honorable Court.

**WHEREFORE**, the Defendant respectfully requests the Court grant the instant motion or for such other and further relief as the Court may deem appropriate under

the circumstances.

                              **MAKOFKA AND MAKOFKA**

                              <u>/s/ David A. Makofka</u>
                              DAVID A. MAKOFKA, ESQUIRE
                              Florida Bar No. 0144576
                              E-Mail: MakofkaLaw@hotmail.com
                              1400 prudential Drive-Suite 1
                              Jacksonville, Florida  32207
                              Phone: (904) 355-2700
                              Fax: (904) 425-7902
                              Attorney for Defendant

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on February 7, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

AUSA Julie Hackenberry, Esq.

                                        <u>/s/ David A. Makofka</u>
                                        A T T O R N E Y