UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

vs.   CASE NO: 3:19-cr-215-J-39PDB

DAVID FUNES.
_____/

**SECOND UNOPPOSED MOTION TO CONTINUE SENTENCING**

The Defendant, DAVID FUNES, by and through his undersigned counsel, pursuant to Rule 12(b) of the Federal Rules of Criminal Procedure, respectfully moves this Honorable Court for a second continuance of the sentencing in this matter, and as grounds therefore would show:

1.  The Defendant is presently awaiting sentencing on conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1349, receipt of health care kickbacks, in violation of 42 U.S. C. § 1320 a-7b(b)(1)(A), and illegal monetary transactions, in violation 18 U.S.C. § 1957.

2.  The sentencing in this case is set for Monday, July 13, 2020, at 9:30a.m.

3.  The Defendant is in need of a second continuance of the sentencing in this case in that he is continuing to pursue matters which may result in the filing of a substantial assistance motion by the government and is in need of additional time to complete the same.

4.  The Defendant asserts that the Court would be in a better position to assess the nature and extent of his cooperation in approximately 90-120 days, provided the government chooses to file such a motion. Specifically, the Defendant requests that his sentencing be continued to a date to coincide with the sentencing hearing/s, if any, in the related case of United States v. Balotin et al., (Case No.: 3:19-cr-191J-34JTB).

5.  The Defendant's instant request is not made for any dilatory purpose.

6.	The undersigned has conferred orally with AUSA Julie Hackenberry Esq., who indicates no opposition to a continuance of the sentencing in this case, for the reasons expressed above.

7.	The Defendant is currently on pretrial release and is compliant with the conditions thereof.

## MEMORANDUM OF LAW

The Court may continue this matter beyond the speedy trial period pursuant to 18 U.S.C. § 3161, if "the ends of justice served by taking such action outweigh the best interest of the public... in a speedy trial".  The Defendant submits that accordingly, the matter is within the sound discretion of this Honorable Court.

**WHEREFORE**, the Defendant respectfully requests the Court grant the instant motion or for such other and further relief as the Court may deem appropriate under the circumstances.

**MAKOFKA AND MAKOFKA**

/s/ David A. Makofka
DAVID A. MAKOFKA, ESQUIRE
Florida Bar No. 0144576
E-Mail: MakofkaLaw@hotmail.com
Secondary: MakLawParalegal@gmail.com
1400 prudential Drive, Suite 1
Jacksonville, Florida  32207
Phone: (904) 355-2700
Fax: (904) 425-7902
Attorney for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 19, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

AUSA Julie Hackenberry, Esq.

/s/ David A. Makofka
A T T O R N E Y