UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                      CASE NO.  3:19-cr-215-MMH-PDB

DAVID FUNES

### MOTION BY THE UNITED STATES FOR DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE BASED UPON SUBSTANTIAL ASSISTANCE

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines and Title 18, United States Code, Section 3553(e), the United States moves this Court to grant a four-level reduction in the defendant's offense level, and in support thereof states as follows:

### MEMORANDUM OF LAW

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance.  USSG §5K1.1.  Here, the defendant waived indictment and pleaded guilty to and Information charging three counts, conspiracy to commit health care fraud, in violation of 18 U.S.C. § § 1347 and 1349 (Count One), soliciting and receiving a kickback (Count Three), and money laundering (Count Five).  The defendant agreed to cooperate, pre-indictment, and provided truthful and timely information against other individuals which resulted in those individuals being charged in connection with a significant healthcare fraud

conspiracy. The defendant was also willing to testify at trial and was listed as a potential witness but was not called to testify.

The United States believes that, because of his efforts on behalf of the United States, the defendant should receive a four-level reduction in his offense level for his assistance.

## **CONCLUSION**

For the foregoing reasons, this Court should grant the government's motion for downward departure of defendant's sentence.

                                      Respectfully submitted,

                                      KARIN HOPPMANN
                                      Acting United States Attorney

By    */s/ Julie Hackenberry*
      JULIE HACKENBERRY
      Assistant United States Attorney
      Florida Bar No. 0094201
      300 N. Hogan Street, Suite 700
      Jacksonville, Florida 32202
      Telephone: (904) 301-6300
      Facsimile:  (904) 301-6310
      E-mail: Julie.hackenberry@usdoj.gov

U.S. v. DAVID FUNES         Case No. 3:19-cr-215-MMH-PDB

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

David Makofka, Esq.

Donald Mairs, Esq.

Joshua Blakely, United States Probation Office

                                                  /s/ *Julie Hackenberry*
                                                  JULIE HACKENBERRY
                                                  Assistant United States Attorney