**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA          CASE NO. 3:19-cr-215-MMH-PDB

v.

DAVID FUNES

<u>Counsel for Government:</u>          <u>Counsel for Defendant:</u>
Ashley Washington                David Makofka
Mai Tran
Michael Coolican

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles          Court Reporter: Katharine Healey

**CLERK'S MINUTES**

**PROCEEDINGS OF:   STATUS CONFERENCE**

The United States shall provide the belated disclosures to counsel for all Defendants in all of the related cases and file a notice in each of the cases advising the Court that it has done so.

Counsel for Defendant advises the Court that he does not believe that the belated disclosures impact his client's case and that the completion of the sentencing of his client should not proceed until after the retrial of Scott Balotin and Thomas Jones.

The completion of the sentencing hearing is held in abeyance until after the retrial of Scott Balotin and Thomas Jones unless the Court is otherwise advised on **November 17, 2023**.

Date: November 1, 2023      Time: 11:56 a.m. – 12:21 p.m.      Total: 25 Minutes