UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:19-cr-215-MMH-PDB

DAVID FUNES

### PRELIMINARY ORDER OF FORFEITURE FOR PROCEEDS

THIS CAUSE comes before the Court upon the United States' unopposed motion for a preliminary order of forfeiture for proceeds against the defendant in the amount of $1,032,175.22.

Being fully advised of the relevant facts, the Court hereby finds that at least $369,592.79 was obtained by the defendant as a result of his conspiring to commit health care fraud and receipt of health care kickbacks, to which he has pleaded guilty.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion, Doc. 48, is **GRANTED, in part**, and **DENIED, in part**.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 18 U.S.C. § 982(a)(7), and Fed. R. Crim. P. 32.2(b)(2), the defendant shall be held liable for a preliminary order of forfeiture for proceeds in the amount of $369,592.79.

It is FURTHER ORDERED that, because the $369,592.79 in proceeds was dissipated by the defendant, the United States may seek, as a substitute asset, pursuant

to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c) and 18 U.S.C. § 982(b)(1), forfeiture of any of the defendant's property up to the value of $369,592.79.

It is FURTHER ORDERED that this order shall become a final order of forfeiture for proceeds as to the defendant at sentencing.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and for any substitute assets that the United States may be entitled to seek up to the amount of the preliminary order of forfeiture for proceeds.

DONE and ORDERED in Jacksonville, Florida, this 4th day of December, 2024.

MARCIA MORALES HOWARD
United States District Judge

Copies to:
AUSA Anita M. Cream
Counsel of Record