# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:19-cr-215-MMH-PDB |
| v. | |
| DAVID FUNES | |

| Counsel for Government: | Counsel for Defendant: |
|---|---|
| Michael Coolican | David Makofka |

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Courtroom Deputy: Jodi L. Wiles | Court Reporter: Katharine Healey |
| U.S. Probation: Joshua Blakely | |

## CLERK'S MINUTES

**PROCEEDINGS OF:   SENTENCING**

The sentencing is continued from November 23, 2021.

Plea previously accepted.

Defendant previously adjudged guilty on Counts **One, Three, and Five of the Information**

The Motion by the United States for Downward Departure of Defendant's Sentence Based Upon Substantial Assistance (Dkt. No. 50) was **GRANTED**.

Imprisonment:   **TIME SERVED, consisting of TIME SERVED as to each Count One, Three, and Five of the Information, to run concurrently**

No term of supervised release to follow.   However, Defendant shall cooperate in the collection of DNA.

Special Assessment:     **$300.00**     to be paid immediately.

A Preliminary Order of Forfeiture shall enter in the amount of $369,592.79 and will be included in the judgment.

Defendant advised of right to appeal and to counsel on appeal.

Date: December 4, 2024   Time: 9:36 a.m. – 11:09 a.m.     Total: 1 Hour, 33 Minutes